United States District Court
Southern District of Texas
**ENTERED**
May 21, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LUCIO E. GONZALEZ,<br>   Plaintiff | § § § | |
| v. | § § | 2:18-CV-0046 |
| THE GEO GROUP, INC., AND WARDEN<br>GEORGE HEAD<br>   Defendants | § § § § | |

## Judgment

Came on to be heard the Stipulation of Dismissal filed by the Plaintiff, and the Court is of the opinion that this cause should be dismissed, with prejudice.

It is, therefore, ordered, that this cause is hereby DISMISSED, with prejudice. Each party shall bear the costs and fees it incurred.

This is a final, appealable judgment.

Signed on this the ___ day of  5/21/18 , 2018.

_____
UNITED STATES DISTRICT JUDGE

Stipulation of Dismissal
*Gonzalez v. The GEO Group, Inc.*
Page 3